Affirm and Opinion Filed November 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00904-CR

### ANDRES HERRERA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F08-11091-R

## MEMORANDUM OPINION

Before Justices Richter, Lang-Miers, and Myers
Opinion by Justice Myers

Andres Herrera was convicted of aggravated sexual assault with a deadly weapon. Punishment was assessed at seven years' imprisonment and a $2,000 fine. Appellant later filed a motion for post-conviction DNA testing, which was denied. Based on the trial court's findings that appellant has not communicated with counsel and that he has been removed from the United States and returned to his native country, we concluded appellant no longer desires to pursue the appeal. We ordered the appeal submitted without briefs. *See* Tex. R. App. P. 38.8(b)(4). Absent briefs, no issues are before us.

Finding no fundamental error, we affirm the trial court's order denying the motion for post-conviction DNA testing.

_____
LANA MYERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47



# Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

ANDRES HERRERA,, Appellant

No. 05-12-00904-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 265th Judicial District
Court of Dallas County, Texas (Trial Court
No. F08-11091-R).
Opinion delivered by Justice Myers,
Justices Richter and Lang-Miers
participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's order denying appellant's motion for post-conviction DNA testing.

Judgment entered   November 28, 2012

_____
LANA MYERS
JUSTICE